UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL LOW INCOME<br>HOUSING COALITION<br>727 15TH St., NW<br>Washington, D.C. 20005,<br>                    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY<br>Washington, D.C. 20528,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, Plaintiff National Low Income Housing Coalition hereby submits its Corporate Disclosure Statement:

I, the undersigned, counsel of record for the National Low Income Housing Coalition, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of National Low Income Housing Coalition which have any outstanding securities in the hands of the public.

1

Respectfully submitted,

**NATIONAL LOW INCOME HOUSING COALITION**
**By Counsel**

**MORRISON & FOERSTER LLP**

_____
Robert H. Loeffler (D.C. Bar No. 123372)
Alison A. Minea (not admitted in DC)
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, D.C. 20006
Main: 202.887.1500
Fax: 202.887.0763

and

John A. Trocki III
1650 Tysons Boulevard, Suite 300
McLean, Virginia 22102
Main: 703.760.7700
Fax: 703.760.7777