UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL LOW INCOME HOUSING COALITION
727 15TH St., NW
Washington, D.C. 20005,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY
Washington, D.C. 20528,

Defendant.

Civil Action No. 1:07-cv-00718

## ERRATUM TO COMPLAINT

The National Low Income Housing Coalition ("NLIHC"), by its attorneys, hereby respectfully submits this Erratum to its Complaint filed April 20, 2007. Through inadvertence, co-counsel Stephen Ronfeldt's name was not listed on the Complaint. Mr. Ronfeldt's full contact information is as follows:

Stephen Ronfeldt (not admitted in D.C.)
The Public Interest Law Project
449 15th Street, Suite 301
Oakland, CA 94612
Main: (510) 891-9794 ext. 127
Fax: (510) 891-9727

Respectfully submitted,

**NATIONAL LOW INCOME HOUSING COALITION**
**By Counsel**

**MORRISON & FOERSTER LLP**

Robert H. Loeffler (D.C. Bar No. 123372)
Alison A. Minea (not admitted in D.C.)
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, D.C. 20006
Main: 202.887.1500
Fax: 202.887.0763

and

John A. Trocki III
1650 Tysons Boulevard, Suite 300
McLean, Virginia 22102
Main: 703.760.7700
Fax: 703.760.7777

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2007, I caused a true and correct copy of the Erratum to be served by Certified Mail, Return Receipt Requested, addressed as follows:

U.S. Department of Homeland Security
20 Massachusetts Avenue, NW
Washington, DC 20536

U.S. Attorney General
Alberto Gonzales
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20006

Civil Processing Clerk
U.S. Attorney
501 3rd Street, NW
Washington, DC 20530

John A. Trocki III