# AFFIDAVIT OF PROCESS SERVER

United States District Court	District Of Columbia

**National Low Income Housing Coalition**	Attorney:

    Plaintiff	Morrison & Foerster LLP
	Robert Loeffler
vs.	2000 Pennsylvania Ave., NW, Suite 5500
	Washington, DC. 20006
**U.S. Department of Homeland Security**

    Defendant


**Case Number:** 1:07-cv-00718


Legal documents received by Same Day Process Service on April 23rd, 2007 at 9:30 AM to be served upon **U.S. Attorney General, Alberto Gonzales, Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **April 23rd, 2007 at 1:05 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Declaratory and Injunctive Relief; Exhibits 1-5**, to **Willo T. Lee** as **General Clerk 2** of the within named agency, to wit: **US Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'5   Weight: 150   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**




I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002773

Reference Number: dc-485506

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.