# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **National Low Income Housing Coalition** | Attorney: |
| Plaintiff | Morrison & Foerster LLP |
| vs. | Robert Loeffler |
| | 2000 Pennsylvania Ave., NW, Suite 5500 |
| **U.S. Department of Homeland Security** | Washington, DC. 20006 |
| Defendant | |

**Case Number:** 1:07-cv-00718

Legal documents received by Same Day Process Service on April 23rd, 2007 at 9:30 AM to be served upon **Civil Processing Clerk, U.S. Attorney at 501 3rd St., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **April 23rd, 2007 at 12:10 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Declaratory and Injunctive Relief; Exhibits 1-5**, to **Lakesha Carroll** as **Docket Clerk** of the within named agency, to wit: **U.S. Attorney** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'4   Weight: 160   Skin Color: Black   Hair Color: Black/Red   Glasses: Y

**Supplemental Data Appropriate to this Service:**




I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.


_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000002771

Reference Number: dc-485506

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.