UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LOW INCOME  HOUSING COALITION, 727 15th Street, N.W. Washington, D.C. 20005<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND  SECURITY FEDERAL EMERGENCY  MANAGEMENT AGENCY 500 C Street, S.W., Room 840 Washington, D.C. 20472<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0718 (RCL) |

## NOTICE OF APPEARANCE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C. 20530
(202) 514-7220

Dated: May 18, 2007

CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appearance was served upon plaintiff's counsel by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>ROBERT H. LOEFFLER
>Morrison & Foerster LLP
>2000 Pennsylvania Avenue, N.W.
>Suite 5500
>Washington, D.C.   20006

on this  18th   day of May, 2007.

>_____
>MEGAN L. ROSE
>Assistant United States Attorney
>Judiciary Center Building - Civil Division
>555 4th Street, NW
>Washington, D.C. 20530