UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL LOW INCOME<br>  HOUSING COALITION,<br>727 15th Street, N.W.<br>Washington, D.C. 20005<br><br>               Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>   SECURITY<br>FEDERAL EMERGENCY<br>  MANAGEMENT AGENCY<br>500 C Street, S.W., Room 840<br>Washington, D.C. 20472<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0718 (RCL) |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

     Defendant United States Department of Homeland Security, by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant requests that the deadline for responding be extended thirty days, specifically from May 23 until June 22, 2007. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. Plaintiff, through counsel, has graciously consented to the requested relief. The grounds for this motion are set forth below.

     The additional time requested is needed to obtain critical information about the circumstances of this case. Plaintiff filed the instant action on April 23, 2007, seeking records pursuant to the FOIA. See Compl. Counsel for Defendant has reviewed the complaint and is currently attempting to determine what actions have been taken with respect to Plaintiff's

requests. Once Defendant obtains the necessary information, counsel for Defendant can then consult with agency counsel and better address the relevant issues. Additional time will allow for the coordination between counsel for Defendant and agency counsel and allow for the preparation of Defendant's response to the Complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to June 22, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff's counsel via the Court's electronic filing system, addressed to:

> **ROBERT H. LOEFFLER**
> **Morrison & Foerster LLP**
> **2000 Pennsylvania Avenue, N.W.**
> **Suite 5500**
> **Washington, D.C.   20006**

on this  21st  day of May, 2007.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LOW INCOME<br>  HOUSING COALITION,<br>727 15th Street, N.W.<br>Washington, D.C.  20005<br><br>                Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>    SECURITY<br>FEDERAL EMERGENCY<br>  MANAGEMENT AGENCY<br>500 C Street, S.W., Room 840<br>Washington, D.C.  20472<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  07-0718 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

UPON CONSIDERATION of the defendant's consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including June 22, 2007 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE