UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL LOW INCOME HOUSING COALITION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-718 (RCL) |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of defendants' Consent Motion [8] for Enlargement of Time and the entire record herein, and for good cause shown, it is hereby

ORDERED, that defendants' motion is GRANTED, and that defendants shall have through and including June 22, 2007 to answer or otherwise respond to the complaint.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 22, 2007.