UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LOW INCOME<br>  HOUSING COALITION,<br>727 15th Street, N.W.<br>Washington, D.C.  20005<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>    SECURITY<br>FEDERAL EMERGENCY<br>  MANAGEMENT AGENCY<br>500 C Street, S.W., Room 840<br>Washington, D.C.  20472<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  07-0718 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant United States Department of Homeland Security, by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended thirty days, specifically from June 22 to July 23, 2007.  This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered. Pursuant to LCvR 7(m) counsel for Defendant contacted counsel for Plaintiff, who stated that at this time, Plaintiff takes no position on the requested relief.  The grounds for this motion are set forth below.

The additional time requested is needed for counsel for Defendant to continue discussions with counsel for Plaintiff concerning the resolution of this case without the need for further litigation.  Counsel for Defendant has conferred extensively with the agency and has been

working diligently to meet Defendant's upcoming response deadline. However, although the undersigned anticipated being able to complete Defendant's response prior to June 22, today counsel received critical information that may affect the contents of Defendant's response to the complaint. This information may make it possible for the parties to resolve this matter, but counsel for Defendant needs additional information from Plaintiff in order to clarify the scope of Plaintiff's request. Dependant upon the outcome of counsels' discussions, the parties may or may not reach an agreement. If the parties are able to move toward resolution, Defendant will then need additional time for processing Plaintiff's request.

Moreover, due to unexpected circumstances, the undersigned will be out of the office on family leave from June 21 through June 26 and has been informed that counsel for Plaintiff will be out of the office most of next week as well. When counsel for Defendant returns to the office, she will then be able to complete her coordination with the agency, continue discussions with counsel for Plaintiff, and accordingly formulate Defendant's response to the complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 23, 2007.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR, D.C. Bar # 498610
                                            United States Attorney


/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff's counsel via the Court's electronic filing system, addressed to:

> **ROBERT H. LOEFFLER**
> **Morrison & Foerster LLP**
> **2000 Pennsylvania Avenue, N.W.**
> **Suite 5500**
> **Washington, D.C.   20006**

on this 21st day of June, 2007.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LOW INCOME HOUSING COALITION,<br>727 15th Street, N.W.<br>Washington, D.C. 20005<br><br>     Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>500 C Street, S.W., Room 840<br>Washington, D.C. 20472<br><br>     Defendant. | Civil Action No. 07-0718 (RCL) |

## **ORDER**

UPON CONSIDERATION of the defendant's consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including July 23, 2007 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE