UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL LOW INCOME HOUSING COALITION,** ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 07-718 (RCL) |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*, ) ) ) | |
| Defendants. ) ) | |

## ORDER

Upon consideration of defendants' Motion [10] for Enlargement of Time and the entire record herein, and for good cause shown, it is hereby

ORDERED, that defendants' motion is GRANTED, and that defendant shall have through and including July 23, 2007 to answer or otherwise respond to the complaint.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.