UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL LOW INCOME HOUSING COALITION, 727 15th Street, N.W. Washington, D.C. 20005 <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY 500 C Street, S.W., Room 840 Washington, D.C. 20472 <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-0718 (RCL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant United States Department of Homeland Security, by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant requests that the deadline for responding be extended thirty days, specifically from July 23 to August 23, 2007. This is Defendant's third request for an enlargement of time in this case, and no scheduling order has been entered. Counsel for Plaintiff consents to the requested relief. The grounds for this motion are set forth below.

The additional time is requested in order for counsel for Defendant and counsel for Plaintiff to continue discussions concerning the resolution of this case without the need for further litigation. Although counsel have had several discussions about how to proceed in this case, counsel for Plaintiff has represented to the undersigned that he has been unable to

coordinate with his client prior to Defendant's response deadline due to the fact that his client has been out of the country. The parties anticipate that once Plaintiff clarifies the FOIA request at issue, they may be able to reach an agreement without the Court's intervention, and thus the parties would then request that the Court stay the instant action. At this time, however, the parties have not yet reached an agreement. Accordingly, in an effort to resolve this matter, Defendant now requests the additional time to respond to the Complaint.

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to August 23, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff's counsel via the Court's electronic filing system, addressed to:

> **ROBERT H. LOEFFLER**
> **Morrison & Foerster LLP**
> **2000 Pennsylvania Avenue, N.W.**
> **Suite 5500**
> **Washington, D.C.   20006**

on this 19th day of July, 2007.

 

 

> _____
> MEGAN L. ROSE
> Assistant United States Attorney
> Judiciary Center Building - Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LOW INCOME HOUSING COALITION,<br>727 15th Street, N.W.<br>Washington, D.C. 20005<br><br>              Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>    SECURITY<br>FEDERAL EMERGENCY<br>    MANAGEMENT AGENCY<br>500 C Street, S.W., Room 840<br>Washington, D.C. 20472<br><br>              Defendant. | Civil Action No. 07-0718 (RCL) |

## **ORDER**

UPON CONSIDERATION of the defendant's consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the defendant's consent motion is hereby GRANTED, and that defendant shall have through and including August 23, 2007 to answer or otherwise respond to the complaint.

                                                                              _____
                                                                               UNITED STATES DISTRICT JUDGE