**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL LOW INCOME HOUSING COALITION,<br>727 15th Street, N.W.<br>Washington, D.C. 20005<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>500 C Street, S.W., Room 840<br>Washington, D.C. 20472<br><br>Defendant. | Civil Action No. 07-0718 (RCL) |

**JOINT MOTION TO STAY PROCEEDINGS**

Defendant United States Department of Homeland Security ("DHS"), Federal Emergency Management Agency ("FEMA"), and Plaintiff National Low Income Housing Coalition ("NLIHC") respectfully move this Court for an order staying the above-captioned action for a period of two months pending Defendant's processing of Plaintiff's "clarified" FOIA request made during settlement negotiations in this matter. The grounds for this motion are set forth below.

Plaintiff filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, with regard to the processing of Plaintiff's FOIA request by FEMA, alleging FEMA failed to produce records, failed to expedite NLIHC's FOIA request, failed to waive fees related to the FOIA request, and failed to respond to an appeal. See Compl., Document No. 1. The complaint seeks relief concerning a FOIA request dated October 11, 2006, in which Plaintiff requested that

FEMA "send [] answers" to a list of questions regarding FEMA's recertification and rental assistance efforts for victims displaced by Hurricanes Katrina and Rita. See Compl., Exh. 1. at p. 1.

On October 18, 2006, FEMA responded to Plaintiff's letter and informed Plaintiff that, among other things, "the FOIA provides individuals with a right of access to Federal agency records that currently exist . . . The statute does not provide for agencies to answer questions, compile information, or conduct research." Compl., Exh. 2 at p. 2. Consequently, Defendant denied Plaintiff's requests because, among other things, Plaintiff failed to request specific agency records. Id. Defendant suggested that Plaintiff narrow the scope of its request, and if Plaintiff wished to pursue the request, Plaintiff was required to contact FEMA's FOIA Office within 30 days. Defendant stated that, otherwise, it would administratively close the request. Plaintiff did not contact FEMA's FOIA Office within 30 days, but instead, on November 10, 2006, appealed Defendant's denial. See Compl., Exh. 3. Defendant did not respond to Plaintiff's appeal, and in January 2007, Plaintiff sent a letter to the Office of General Counsel, stating that it wished to clarify its request to seek only "information that is contained in existing records, including the electronic database in the possession of DHS." Compl., Exh. 5. at p. 1. Plaintiff then filed the instant action in this Court. See Compl.

Although Defendant contends that Plaintiff's original FOIA request was arguably improper, since the filing of this lawsuit, on August 3, 2007, Plaintiff submitted a clarified FOIA request to counsel for Defendant in an effort to resolve this litigation. Plaintiff's clarified request seeks "the full electronic database containing data from September 1, 2005 to present on individuals and households displaced by Hurricanes Katrina and Rita who are in any of the following three FEMA programs: (1) Section 408 rental (i.e., financial) assistance, (2) Section

408 direct assistance, and (3) recoupment or recovery." Upon receipt of the amended request, counsel for Defendant conferred extensively with the agency, and has been informed that Defendant anticipates being able to respond to the request in a reasonable timeframe. Accordingly, Defendant and Plaintiff now request a stay of proceedings in this Court so that the parties may attempt to resolve the matter without the need for further litigation.

If the parties' motion for a stay is granted, it is possible that further proceedings in this case may not be necessary. On the other hand, absent the stay requested jointly by the parties, the resources of this Court and of the parties might unnecessarily be expended to litigate and resolve issues that could prove ultimately to be of no concern to the parties. The parties have been working diligently and amicably to resolve this matter, and have already been able to reach a resolution on Plaintiff's claim for a waiver of fees related to its FOIA request.

This stay is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to process Plaintiff's clarified FOIA request will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court grant the instant motion for stay of proceedings for a period of two months pending Defendant's processing of Plaintiff's clarified FOIA request.

A proposed Order is attached.


Dated: August 21, 2007                     Respectfully submitted,


                                           /s/
                                           JEFFREY A. TAYLOR, D.C. BAR # 498610
                                           United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7220

Counsel for Defendant


/s/
ROBERT H. LOEFFLER D.C. Bar No. 123372
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, D.C. 20006
(202) 887-1500

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL LOW INCOME HOUSING COALITION,<br>727 15th Street, N.W.<br>Washington, D.C. 20005<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>500 C Street, S.W., Room 840<br>Washington, D.C. 20472<br><br>Defendant. | Civil Action No. 07-0718 (RCL) |

**ORDER**

UPON CONSIDERATION of the parties Joint Motion to Stay Proceedings for a period of two months, and based upon the entire record in this matter and for good cause shown, it is this ___ day of ___________, 2007,

ORDERED that the parties' motion is hereby GRANTED; and it is

FURTHER ORDERED that proceedings in this matter are stayed for a period of sixty (60) days from the date of this Order, to allow the parties sufficient time to explore resolving the matter without the need for further litigation.

______________________________
UNITED STATES DISTRICT JUDGE