UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL LOW INCOME HOUSING COALITION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) | Civil Action No. 07-718 (RCL)
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of the parties' Joint Motion [14] to Stay Proceedings for a period of two months, and based upon the entire record in this matter and for good cause shown, it is hereby

ORDERED, that the parties' motion is GRANTED; and it is further

ORDERED, that proceedings in this matter are stayed for a period of sixty (60) days from the date of this Order, to allow the parties sufficient time to explore resolving the matter without the need for further litigation.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 22, 2007.