**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL LOW INCOME HOUSING COALITION, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, )<br><br>Defendant. ) | Civ. Action No. 07-0718 (RCL) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 24, 2007                 Respectfully submitted,


                                                                  /s/
                                                                  MEGAN L. ROSE, NC Bar # 28639


                                                                  /s/
                                                                  BLANCHE L. BRUCE
                                                                  D.C. Bar No. 960245
                                                                  Assistant United States Attorney
                                                                  555 Fourth St., N.W.
                                                                  Washington, D.C. 20530
                                                                  (202) 307-6078